Michelle Freed, OSB#042880
Eblen Freed PC
1040 NE 44th Ave., Suite 4
Portland, OR 97213
Phone: (503) 548-6330
michelle@eblenfreed.com

Matthew Sutton, OSB#924797
Attorney at Law
205 Crater Lake Avenue
Medford, OR 97504
Phone: (541) 772-8050
ms@matthewsuttonlaw.com

Of Attorneys for Plaintiff
Nathaniel Boren

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NATHANIEL BOREN, | Case No. 1:23-cv-01684-AA |
| Plaintiff, | **STIPULATED MOTION FOR** |
| v. | **DISMISSAL WITH PREJUDICE** |
| SKY LAKES MEDICAL CENTER, INC., an Oregon Non-Profit Corporation, and CARTER-JONES COLLECTION SERVICE, INC., an Oregon Corporation, | |
| Defendants. | |

    Plaintiff Nathaniel Boren by and through their counsel of record and Defendants Sky

Lakes Medical Center, Inc. and Carter Jones Collection Service, Inc. by and through their

///

**STIPULATED MOTION FOR DISMISSAL** - Page 1

counsel of record, hereby stipulate and move for judgment dismissing Plaintiff's claims against Defendants with prejudice and without costs or fees to any party.

DATED: June 7, 2024

| | |
|---|---|
| s/ Matthew Sutton<br>Matthew Sutton, OSB#924797<br>Attorney at Law<br>205 Crater Lake Avenue<br>Medford, OR 97504<br>Phone: (541) 772-8050<br>Email: ms@matthewsuttonlaw.com<br><br>Attorney for Plaintiff Nathaniel Boren | s/ Jeffrey I Hasson<br><br>Jeffrey I. Hasson,<br>OSB#872419 Hasson Law, LLC<br>9385 SW Locust Street<br>Tigard, OR 97223<br>Phone: (503) 255-5352 Facsimile: (503) 255-6124 Email: hasson@hassonlawllc.com<br><br>Attorney for Defendant<br>Carter-Jones Collection Service, Inc. |
| s/ Michelle Freed<br>Michelle Freed, OSB#042880<br>Eblen Freed PC<br>1040 NE 44th Ave., Suite 4<br>Portland, OR 97213<br>Phone: (503) 548-6330<br>Email: michelle@eblenfreed.com<br><br>Attorney for Plaintiff Nathaniel Boren | s/ Thomas R. Johnson<br><br>Thomas R. Johnson, OSB#010645<br>Stoel Rives LLP<br>760 NW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Phone: (503) 224-3380<br>Email: tom.johnson@stoel.com<br><br>Attorney for Defendant<br>Sky Lakes Medical Center, Inc.<br><br>s/ Harrison L.E. Owens<br><br>Harrison L.E. Owens<br>Stoel Rives LLP<br>600 University St., Suite 3600<br>Seattle, WA 98101<br>Phone: (206) 386-7521<br>Email: Harrison.owens@stoel.com<br><br>Attorney for Defendant (Pro Hac)<br>Sky Lakes Medical Center, Inc. |

**STIPULATED MOTION FOR DISMISSAL** - Page 2