IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATHANIEL BOREN,

    Plaintiff,

    v.

SKY LAKES MEDICAL CENTER, INC., *et al.*,

    Defendants.

Civ. No. 1:23-cv-01684-AA

JUDGMENT

Pursuant to the parties' Stipulated Notice of Voluntary Dismissal, this case is DISMISSED with prejudice and without costs or fees to any party.

DATED: 6/7/2024

                        Melissa Aubin, Clerk

                        By    /s/ C. Kramer
                               Deputy Clerk